*AMENDED JUDGMENT*

cc: USMS; POLA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Nicholas Ransom,<br><br>    Defendant. | Case No.: 5:22-cr-00196-SP-1<br><br>**PROBATION VIOLATION JUDGMENT** |

On April 24, 2023, this matter came before the Court on the Petition for Revocation of Probation, filed on April 17, 2023, in the United States District Court, Central District of California.  Deputy Federal Public Defender Charles Eaton appeared on behalf of the Defendant.  Assistant United States Attorney Cory Burleson appeared on behalf of the United States. United States Probation Officer Wendy Wong was also present.  Defendant was informed of the Allegations as set forth in the Petition.  Defendant acknowledged receiving a copy of the Petition, and thereafter admitted that the violations as alleged in the Petition were truthful, and that he committed the violations as alleged.

The Court found that Defendant violated the terms and conditions of his Probation as set forth in the Judgment and Probation Order, imposed on August 12,

2022.

IT IS THE JUDGMENT OF THE COURT, that Probation is revoked. Defendant NICHOLAS RANSOM shall be placed on a new term of supervised probation for a term of six (6) months. During the term of probation, defendant shall be confined intermittently on weekends for sixteen (16) Friday-Sunday terms and one (1) Friday-Saturday term, with each term starting at 7:00 p.m. on Friday evening and terminating at 7:00 p.m. on Sunday evening, with the exception of the final two-day period of confinement which shall commence at 7:00 p.m. on Friday evening and terminate at 7:00 p.m. on Saturday evening. Such weekend terms of custody need not be consecutive but must be completed within the six-month term of probation.

Defendant is ordered to the United States Marshal's office for processing.

Defendant is advised of his right to appeal.

Dated: November 7, 2023



HONORABLE SHERI PYM
United States Magistrate Judge

By: _____
Tanisha Carrillo, Deputy Clerk