# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Nicholas Ransom,<br><br>　　　　　Defendant. | Case No.: 5:22-cr-00196-SP-1<br><br>**SECOND AMENDED PROBATION VIOLATION JUDGMENT** |

　　　　On April 24, 2023, this matter came before the Court on the Petition for Revocation of Probation, filed on April 17, 2023, in the United States District Court, Central District of California. Deputy Federal Public Defender Charles Eaton appeared on behalf of the Defendant. Assistant United States Attorney Cory Burleson appeared on behalf of the United States. United States Probation Officer Wendy Wong was also present. Defendant was informed of the Allegations as set forth in the Petition. Defendant acknowledged receiving a copy of the Petition, and thereafter admitted that the violations as alleged in the Petition were truthful, and that he committed the violations as alleged.

　　　　The Court found that Defendant violated the terms and conditions of his Probation as set forth in the Judgment and Probation Order, imposed on August 12,

1

2022.

     IT IS THE JUDGMENT OF THE COURT, that Probation is revoked. Defendant NICHOLAS RANSOM is sentenced to a term of time-served, with no supervision to follow.

     Defendant is ordered to the United States Marshal's office for processing.

     Defendant is advised of his right to appeal.

Dated: September 8, 2025



HONORABLE SHERI PYM
United States Magistrate Judge

By: _Rebecca Camacho_
    Rebecca Camacho, Deputy Clerk